UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTWAN JOVAN JACKSON,
    Plaintiff,

vs.                                              Case No.:  3:24cv375/LAC/ZCB

UNKNOWN,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 10, 2025.  (Doc. 14).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 14) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** as malicious, pursuant to 28 U.S.C. § 1915A(b)(1).

1

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 31st day of January, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**